Maynard N. Clement, as State Commissioner of Excise of the State of New York, Respondent, v. Abraham Gabriel, Appellant, Impleaded with George Bernard and Joseph Oussani.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John W. Harrison, Appellant, v. The Ravenswood Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Pusey & Jones Company, Respondent, v. Norbert B. Kates, Appellant, Impleaded with Gustav Bok.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Herman Obertubbesing and Payne L. Kretzmer, Appellants, v. The L. Shepp Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Deforest Grant and Others, Respondents, v. Atlantic Terra Cotta Company and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, on *People ex rel. Leach* v. *Central Fish Co.* (117 App. Div. 77).

Leon Sobel and Louis Kean, Respondents, v. Julius W. Stolts, as President of the J. & J. W. Stolts, a Joint Stock Association, Appellant.— Order affirmed, with ten dollars costs and disbursements.— No opinion.

Jennie T. Hutchinson, Appellant, v. Joseph Hutchinson, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, permitting plaintiff to discontinue, without costs. No opinion.

R. Johnson Irving, Respondent, v. Charles M. Higgins, Appellant. (Nos. 1 and 2.)— Orders affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of the Manhattan Railway Company, Appellant, Respondent, for a Peremptory Writ of Mandamus Directed to David E. Austen, as Receiver of Taxes for the City of New York, Respondent, Appellant. — Order affirmed. No opinion.

John N. Loeser Manufacturing Company, Respondent, v. The Auto-Car Equipment Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William Haaker Company, Appellant, v. Martin Neveloff, Defendant. Nathan Neveloff, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of The Mott Haven Canal Docks, Respondent, for Payment of Award for Parcel No. 4 on the Damage Map and in the Report of the Commissioners of Estimate and Assessment in Proceedings to Open Canal Place, from One Hundred and Thirty-eighth Street to One Hundred and Forty-fourth Street, Borough of The Bronx, City of New York. The City of New York, Appellant; The Mott Haven Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York, Plaintiff, v. Federal Bank of New York, Defendant. Ludwig Lehmaier, Appellant. In the Matter of the Judicial Settlement of the Third and Final Account of Leo Schlesinger, as Receiver of the Federal Bank of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.